WILCOX AND GIBBS SEWING MACHINE COMPANY, Respondent, *v.* THE KRUSE AND MURPHY MANUFACTURING COMPANY, Appellant.

(Argued June 17, 1885; decided June 26, 1885.)

*J. Hampden Dougherty* for appellant.

*Stephen E. Walker* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

THE MARINE NATIONAL BANK OF THE CITY OF NEW YORK, Appellant, *v.* ULYSSES S. GRANT et al., GEORGE C. HOLT, Assignee, etc., Respondent.

(Argued June 17, 1885; decided June 26, 1885.)

*C. W. Bangs* for appellant.

*Thomas H. Hubbard* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

JOSEPH COMER, Respondent, *v.* FRANK WRISLEY, Appellant.

(Argued June 17, 1885; decided June 26, 1885.)

*A. Walker Otis* for appellant.

*Joseph A. Shoudy* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.